# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

| United States of America | ) |
|---|---|
| v. | ) |
| Talha Ahmed | ) Case No. 4:24-CR-6016-MKD-1 |
| | ) |
| | ) |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Talha Ahmed ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2251(a), (e) Attempted Production of Child Pornography
18 U.S.C. § 2422(b) Attempted Online Enticement of a Minor

Date: Jun 05, 2024, 4:04 pm

*Issuing officer's signature*

City and state: Spokane, WA

Sean F. McAvoy, Clerk of Court/DCE
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*