IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | |
|---|---|
| v. | CRIMINAL No. 24-MJ-1594-JMC |
| TALHA AHMED, | |
| **Defendant** | |

## MOTION TO SEAL

The United States of America, by and through undersigned counsel, respectfully moves this Court for an order sealing the government's detention letter (ECF 10) due to the presence of personal information about the Defendant, a minor victim, and references to the presentence report in the filing.

Respectfully submitted.

Erek L. Barron
United States Attorney

/s/
Jared Beim
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | |
|---|---|
| v. | CRIMINAL NO. 24-MJ-1594-JMC |
| TALHA AHMED, | |
| Defendant | |

## ORDER

For good cause shown upon motion of the United States of America, it is hereby ORDERED that the government's detention letter (ECF 10) is SEALED pending further order of this Court.

So Ordered this 9th day of July, 2024.

_____
J. Mark Coulson
United States Magistrate Judge